

| | | | |
|---|---|---|---|
| Com. v. Gallop | 1667 EDA 2015 Affirmed | 08/16/2016 | CP–51–CR–0004246–2010 (Philadelphia) |
| Norman v. Hospital of the Univ. of PA | 1833 EDA 2015 Affirmed | 08/16/2016 | November term, 2010 No. 01888 (Philadelphia) |
| Com. v. McCready | 1873 EDA 2015 Affirmed | 08/16/2016 | CP–23–CR–0007891–2012 (Delaware) |
| Com. v. Williams [15] | 2740 EDA 2015 Affirmed | 08/16/2016 | CP–51–CR–1200771–2003 (Philadelphia) |
| Com. v. Broadwater | 3167 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 08/16/2016 | CP–46–CR–0007501–2014 (Montgomery) |
| Com. v. Wallace | 324 MDA 2015 Affirmed | 08/16/2016 | CP–28–CR–0000213–2010 (Franklin) |
| Com. v. Black | 1316 MDA 2015 Reversed | 06/14/2016 | CP–22–CR–0000977–2014 (Dauphin) |
| Com. v. Hankerson | 1317 MDA 2015 Affirmed | 08/16/2016 | CP–22–CR–0000969–2012 CP–22–CR–0002209–2011 (Dauphin) |
| Com. v. Ramos | 2138 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 08/16/2016 | CP–06–CR–0001319–2013 (Berks) |
| In the Interest of: A.J.W. | 2185 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 08/16/2016 | 84332 (Berks) |
| Com. v. Thomas | 99 MDA 2016 Affirmed | 08/16/2016 | CP–36–CR–0000805–2001 CP–36–CR–0001147–2001 CP–36–CR–0002928–2001 CP–36–CR–0002950–2001 CP–36–CR–0002952– |

15. Petition for reargument denied October 20, 2016.